**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Craig Dehaven GASKINS, a/k/a "C", Defendant—Appellant.**

No. 03–7292.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 22, 2003.

Craig Dehaven Gaskins, Appellant pro se. William David Muhr, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Craig Dehaven Gaskins appeals the district court's order denying his "Motion to Correct Sentence." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Gaskins,* No. CR–00–14 (E.D.Va. Aug. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*